UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                           -against-

   ENALD BEQIRAJ,
                                  Defendant,
------------------------------------------------------------ X

21 Cr. 656 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference previously scheduled for May 31, 2022, is adjourned to **June 27, 2022, at 10:30 a.m.**

Dated: May 31, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**