UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,           :
:
:          21 Cr. 656 (LGS)
-against-              :
:          SCHEDULING ORDER
ENALD BEQIRAJ,                                :
                               Defendant,     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Enald Beqiraj's sentencing hearing shall be held on **February 27, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **February 6, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **February 9, 2023.**

Dated: October 31, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**