UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ENALD BEQIRAJ,
    a/k/a "Aldo Beqiraj,"

Defendant.

---

**ORDER**

**21 Cr. 656 (LGS)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 27, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
             January 3, 2023

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**