

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2023

**BY CM/ECF**
The Hon. Lorna G. Schofield
United States District Court
 Southern District of New York
40 Foley Square
New York, New York 10007

> This application is DENIED as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 65.
>
> Dated: April 8, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Enald Beqiraj, a/k/a "Aldo Beqiraj,"* 21 Cr. 656 (LGS)

Dear Judge Schofield:

The Government writes to request an extension of time to file its sentencing submission in the above-referenced matter until Tuesday, April 18, 2023. The Government's submission is currently due April 13, 2023, and sentencing is scheduled for Tuesday, April 25, 2023, at 11:00am.

The Government is seeking this extension principally because the final Presentence Investigation Report ("PSR") has not yet been issued, although the Government understands it will be issued today. The Government seeks additional time to incorporate the Probation Office's report and its recommendation into the Government's own sentencing recommendation. The Government also believes, based on defense objections to the draft PSR and the Government's responses, there could be disagreements on the final PSR. If there are disagreements between the parties, the Government would also like to address those in its written sentencing submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

        /s/
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Cc:   Counsel for the defendant (by CM/ECF)