UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ENALD BEQIRAJ, ) <br> Defendant. ) | No. 21-cr-00656-LGS |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Maksim Nemtsev, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Massachusetts and New York; and that his contact information is as follows:

>  Maksim Nemtsev
>  Maksim Nemtsev, PC
>  20 Park Plaza, Suite 1000
>  Boston, MA 02116
>  (617) 227-3700
>  (347) 251-4800 (Direct)
>  (718) 701-5922 (Fax)
>  max@mnpc.law

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Enald Beqiraj in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is directed to terminate the letter motion at docket number 70.

Dated: April 24, 2023
New York, New York

                                                     **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**