UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Enald Beqiraj,
a/k/a "Aldo Beqiraj,"

Defendant.

**Consent Preliminary Order of Forfeiture/Money Judgment**

21 Cr. 656 (LGS)

WHEREAS, on or about October 27, 2021, Enald Beqiraj, a/k/a "Aldo Beqiraj," (the "Defendant") was charged with two counts of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, in an Information (the "Information").

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of Counts One and Two;

WHEREAS, on or about  October 27, 2022 , the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 21 U.S.C. 2461(c), a sum of money equal to $287,312.73 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $287,312.73 in United States currency representing the amount of proceeds traceable

to the offense charged in Count Four of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Kedar S. Bhatia, of counsel, and the Defendant, and his counsel, Maksim Nemtsev, Esq., Martin G. Weinberg, Esq., and Marc A. Fernich, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $287,312.73 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, Enald Beqiraj, a/k/a "Aldo Beqiraj," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One

St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     10/24/2022
    Kedar S. Bhatia                     DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2465

ENALD BEQIRAJ, A/K/A "ALDO BEQIRAJ,"

By: _____     10/25/22
    Enald Beqiraj, a/k/a "Aldo Beqiraj," DATE

By: _____     10/26/2022
    Maksim Nemtsev, Esq.                DATE
    Martin G. Weinberg, Esq.
    20 Park Plaza, Suite 1000
    Boston, Massachusetts 02116

    Marc A. Fernich, Esq.
    Law Office of Marc Fernich
    800 Third Avenue
    Ste Floor 18
    New York, New York 10022

SO ORDERED:

_____         4/25/23
HONORABLE LORNA G. SCHOFIELD           DATE
UNITED STATES DISTRICT JUDGE