

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2023

**BY CM/ECF**
The Hon. Lorna G. Schofield
United States District Court
 Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Enald Beqiraj, a/k/a "Aldo Beqiraj,"* **21 Cr. 656 (LGS)**

Dear Judge Schofield:

      The Government writes to request an additional period of two weeks to submit a restitution order in the above-referenced case. At sentencing on April 25, 2023, the Government stated that it would provide the restitution order within two weeks and the Court asked to receive the restitution order within that time. On or about May 10, 2023, the Court granted an adjournment of the time to submit a proposed restitution order until May 23, 2023.

      Prior to sentencing and since then, the Government has been collecting addresses for the victims in this case, which will be included the list of victims accompanying the proposed restitution order. Two weeks ago, the Government learned that the principal corporate victim wished to divide restitution payments in a manner that will require the Government to obtain victim contact information for other individuals. The Government has been endeavoring to obtain addresses for these and other victims, but that outreach is ongoing. Accordingly, the Government seeks an additional two-week adjournment of the time within which to submit a restitution order.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

        /s/
      Kedar S. Bhatia
      Assistant United States Attorney
      (212) 637-2465

Cc:    Counsel for the defendant (by CM/ECF)