# Maksim Nemtsev, P.C.

20 Park Plaza, Suite 1000
Boston, MA 02116

Phone: (617) 227-3700
Cell: (347) 251-4800
Fax: (718) 701-5922
E-Mail: max@mnpc.law

November 7, 2023

**BY ECF**
Hon. Lorna G. Schofield
USDJ-SDNY
40 Foley Square
New York, NY 10007

Application Granted.  The Probation Department is directed to return Mr.
Beqiraj's passport.  The Clerk of the Court is directed to terminate the letter
motion at docket number 86.

Dated: November 7, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE:    ***United States v. Enald Beqiraj***, **Docket No. 21-cr-656 (LGS)**
       Request for Return of Passport

Dear Judge Schofield:

I am an attorney for Enald Beqiraj and respectfully request this Honorable Court to Order the Probation Department to return Mr. Beqiraj's passport, which has been in its possession since his April 2021 arrest. Mr. Beqiraj has recently completed his term of incarceration and is currently serving his term of Supervised Release. To avoid the destruction of his passport, Mr. Beqiraj's Probation Officer advised him to seek the instant order. Accordingly, the defense respectfully requests that an Order permitting the Probation Department to return Mr. Beqiraj's passport be issued.

The defense communicated the instant request to AUSA Kedar Bhatia, who advised that he has moved to the U.S. Attorney's Office in Los Angeles, but that he can forward the instant request to other prosecutors in SDNY if this Honorable Court requires the government's position.

We appreciate Your Honor's attention and consideration.

Respectfully,

Maksim Nemtsev